# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENDALL CURRY,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 13-3910** |
| **GERALD ROSUM,** : | |
| Respondent. : | |

## ORDER

**AND NOW**, this 29th day of April 2015, upon careful and independent consideration of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] and Petitioner's Motion Requesting Stay [Doc. No. 2], all memoranda and exhibits in support of the Petition, the Respondents' response thereto, and the entire record in this case, and upon review of the Report and Recommendation ("R&R") of United States Magistrate Judge Linda K. Caracappa [Doc. No. 16], and having reviewed *de novo* the grounds on which Petitioner objected, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Motion Requesting Stay is **GRANTED** as follows: The Clerk of Court shall place this case into **STAY AND CIVIL SUSPENSE** pending exhaustion of Petitioner's second petition pursuant to the Pennsylvania Post Conviction Relief Act ("PCRA"). Upon a final disposition of Petitioner's second PCRA petition, Petitioner and Respondent shall each **FILE** written notice of such final disposition within 30 days.
2. The Court **DECLINES TO ADOPT** the R&R; and
3. Petitioner's objections [Doc. No. 17] are **DISMISSED** as **MOOT**.
   **IT IS SO ORDERED**.

                         **BY THE COURT:**

                         **/s/ Cynthia M. Rufe**
                         _____
                         **CYNTHIA M. RUFE, J.**